Printed: 06/18/10 09:13 AM                                                                                    Page: 1

# Claims Distribution Small Checks

**Trustee: Bridget A. Brine (430170)**

**Case:** 09-50494 - KJESETH, KERRY A

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| *xxxxxx24314586 | 10107 | 06/18/10 | 6 | 09/03/09 | 610 | Payee: U.S. Bankruptcy Court Recovery Management Systems Corporation | 83.25 | 83.25 | 2.09 | 2.09 |

Check Amount: $2.09

(*) Denotes objection to Amount Filed

RECEIVED
2010 JUN 21 AM 10:16
U.S. BANKRUPTCY COURT
DULUTH, MN